IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA.
CASE NO. 03-20256-CIV-MARTINEZ / KLEIN

MOUNT SINAI MEDICAL CENTER OF
GREATER MIAMI, INC., n/k/a MOUNT
SINAI MEDICAL CENTER OF FLORIDA.
INC., a Florida corporation,

    Plaintiff,

vs.

HEIDRICK & STRUGGLES, INC., a
Delaware corporation AND HEIDRICK &
STRUGGLES INTERNATIONAL, INC.,
a Delaware corporation,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that Mount Sinai Medical Center of Greater Miami, Inc., n/k/a Mount Sinai Medical Center of Florida. Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 30th day of June, 2004.

DATED this ___ day of July, 2004.

    LASH & GOLDBERG LLP
    Attention Alan Lash
    100 Southeast Second Street, Suite 1200
    Miami, Florida 33131-2158
        -and
    LAW OFFICE OF RICHARD L. LAPIDUS
    Attorney for Plaintiff
    711 City National Bank Building
    25 West Flagler Street
    Miami, Florida 33130
    (305)577-7279 / (305)577-7205 (Facsimile)

By_____
    RICHARD L. LAPIDUS
    FLORIDA BAR NO. 045460