

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20256-CIV-MARTINEZ/KLEIN

MOUNT SINAI MEDICAL CENTER OF )
GREATER MIAMI, INC., n/k/a MOUNT )
SINAI MEDICAL CENTER OF )
FLORIDA, INC., a Florida corporation, )
                                                   )
       Plaintiff, )
                                                   )
v. )
                                                   )
HEIDRICK & STRUGGLES, INC., a )
Delaware corporation, and HEIDRICK & )
STRUGGLES INTERNATIONAL, INC., )
a Delaware corporation, )
                                                   )
      Defendants. )
_____/

## ORDER AMENDING SUMMARY FINAL JUDGMENT

THIS CAUSE having come before the Court on Defendants' Motion to Amend Summary Final Judgment, and the Court having reviewed said Motion and being otherwise adequately advised on the premises, IT IS HEREBY:

**ORDERED AND ADJUDGED** that

1. Defendants' Motion is **GRANTED**. (D.E. No. 110).

2. Under the Summary Final Judgment (**D.E. 109**), Defendants have leave to move to seek the recovery of attorneys' fees and/or costs under the December 5, 2003 Offer of Judgment, as well as to move to tax costs under Rule 54(d)(1), Fed.R.Civ.P.

3.  The Court reserves jurisdiction to hear Defendants' motion for attorneys' fees and/or costs pursuant to Rules 54(d)(1) and 68, Fed.R.Civ.P. and Fla.Stat. §768.79, and, if necessary, to determine the amount of attorneys' fees and costs to be awarded.

DONE AND ORDERED in Chambers at Miami, Florida, this __3__ day of August, 2004.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Magistrate Judge Klein
All Counsel of Record